UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LINZY FORD,

                                  Plaintiff,    **STIPULATION AND ORDER OF DISMISSAL**

        -against-

                                            11 CV 5380 (NGG) (JMA)

THE CITY OF NEW YORK, P.O. NORMAN COX,
P.O. GARY TRABUSCIO, JOHN DOES (1-5) AND
JANE DOE,

                                  Defendants.
---------------------------------------------------------------X

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

| | |
|---|---|
| Adrian A. Ellis, Esq.<br>Law Office of Adrian Ellis<br>26 Court Street, Ste. 1600<br>Brooklyn, NY 11242<br>*Attorney for Plaintiff* | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007 |
| By: _____<br>    ADRIAN A. ELLIS, ESQ.<br>    *Attorney for Plaintiff* | By: _____ 1/22/145<br>    FELICIA GROSS, ESQ.<br>    *Assistant Corporation Counsel*<br>SO ORDERED: |
| Dated: New York, New York<br>       Jan. 28, 2013 | s/Nicholas G. Garaufis<br>_____<br>UNITED STATES DISTRICT JUDGE |